FILED/REC'D

UNITED STATES DISTRICT COURT 2026 MAR 27 P 12: 29

for the

Western District of Wisconsin U.S. DIS~ ~ ~ ~ ~ ~ ~ RT
CLERK OF COURT

Kelly Ross

VS.          Index No. 26-cv-272-wmc

Joy Campanelli, Genine D. Edwards, Brian Gottlieb

1. Defendants had ex·parte communication,

2. This case is within federal jurisdiction,

3. Plaintiff demands damages to be decided by the Court.

The undersigned declares under penalty of perjury that she is
the plaintiff in the above action, that he has read the above
complaint and that the information contained in the complaint
is true and correct.

Kelly Ross

3/9/26